```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DA SILVA et al.,                 :    CIVIL ACTION
                                 :    NO. 20-01395
        Plaintiffs,              :
                                 :
     v.                          :
                                 :
TEMPLE UNIVERSITY HOSPITAL,      :
INC., et al.,                    :
                                 :
        Defendants.              :
```

## ORDER

**AND NOW**, this **10th** day of **December, 2020,** after considering: the United States' Motion to Substitute, Stay, and Extend Answer Deadline (ECF No. 5); Plaintiffs' Motions to Dismiss the Claims Against the United States and Remand (ECF Nos. 6, 8); and the parties' Responses and Replies thereto (ECF Nos. 6, 7, 10, 11, 12, 15, 16) and holding a hearing on the record, it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, that the United States' Motion to Substitute, Stay, and Extend Answer Deadline (ECF No. 5) is **GRANTED** and Plaintiffs' Motions to Dismiss the Claims Against the United States and Remand (ECF Nos. 6, 8) are **DENIED.** Accordingly:

1. Clinton Turner, M.D., is **DISMISSED** as a party to this action;

2. The United States of America is **SUBSTITUTED** as a

      federal defendant in place of Turner; and

3. The action is **STAYED** until further order of the Court. Counsel for Plaintiffs shall promptly notify the Court upon exhaustion of their administrative remedies against the United States.

It is **FURTHER ORDERED** that:

1. Plaintiffs' Motion for Leave to File a Reply Brief (ECF No. 15) is **GRANTED;** and

2. The Temple Defendants' Motion for Leave to File a Sur-Reply (ECF No. 16) is **GRANTED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**