IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DA SILVA et al., | : | CIVIL ACTION |
| | : | NO. 20-01395 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL, | : | |
| INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **20th** day of **May, 2021,** it is hereby **ORDERED** that Plaintiffs shall submit a status report addressing the exhaustion of administrative remedies against the United States by **June 2, 2021.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**