IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DA SILVA et al. | : | CIVIL ACTION |
| | : | NO. 20-01395 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY HOSPITAL, | : | |
| Inc. ET AL., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **21st** day of **March, 2022**, following a telephone conference with all parties present through counsel, it is hereby ordered as follows:

1. The United States of America's motion to compel [ECF No. 46] is **DENIED without prejudice;**
2. The case shall be placed in **SUSPENSE** until further order of the Court.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**