IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DA SILVA et al. | : | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, | : | NO. 20-01395 |
| v. | : | |
| TEMPLE UNIVERSITY HOSPITAL, Inc., et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **11th** day of **August, 2022,** it is hereby **ORDERED** that the parties shall submit an updated joint report pursuant to Federal Rule of Civil 26(f) consistent with this Court's procedures[1] by **August 25, 2022.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] The instructions for preparing the joint report are available at http://www.paed.uscourts.gov/judges-info/senior-judges/eduardo-c-robreno. The joint report should be emailed to robrenocorrespondence@paed.uscourts.gov.