```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DA SILVA et al.                    :     CIVIL ACTION
                                   :     NO. 20-01395
        Plaintiffs,                :
                                   :
    v.                             :
                                   :
TEMPLE UNIVERSITY HOSPITAL,        :
INC. et al.,                       :
                                   :
        Defendants.                :
```

## SECOND SCHEDULING ORDER

**AND NOW**, this **26th** day of **August, 2022**, upon request of the parties, it is hereby **ORDERED** that the First Scheduling Order of August 17, 2021 [ECF No. 44] is **AMENDED** as follows:

1. All fact discovery shall be completed by **November 22, 2022.**

2. Plaintiffs' Expert Reports shall be produced by **January 6, 2023**.

3. Defendants' Expert Reports shall be produced by **February 6, 2023**.

4. All depositions of experts shall be completed by **April 7, 2023.**

5. Any motions for summary judgment shall be filed by **May 8, 2023.** Responses to any motions for summary judgment shall be filed by **June 7, 2023.**

1

6.   In the event a motion for summary judgment is filed, pre-trial deadlines set forth in the following paragraphs are suspended until further order of the Court.

7.   Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[1] special interrogatories, and verdict forms for a jury trial; and any motions in limine shall be filed by **May 22, 2023.** Responses to any motions shall be filed by **May 29, 2023.**

8.   The case shall be placed in the trial pool on **June 6, 2023**, or, if a motion for summary judgment is filed, 30 days from the disposition of the motion. Once placed in the trial pool, a case may be called to trial upon twenty-four hours' notice to counsel.

9.   If agreeable to both parties, counsel for plaintiff shall telephone Judge Robreno's Chambers to schedule a settlement conference with a Magistrate Judge.

10.  Plaintiff's counsel shall advise the Court promptly of settlement of the case.

**AND IT IS SO ORDERED.**

/s/ *Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

---

[1] Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.