```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| DA SILVA et al. | : CIVIL ACTION |
| | : NO. 20-01395 |
| Plaintiffs, | : |
| v. | : |
| TEMPLE UNIVERSITY HOSPITAL, INC. et al., | : |
| Defendants. | : |

**ORDER**

**AND NOW,** this **15th** day of **December, 2022,** it is hereby **ORDERED** that:

1. Defendants' Joint Motion to Dismiss Plaintiffs' Complaint for Failure to Prosecute (ECF No. 54) is **GRANTED.**

2. Defendant United States' Motion for Leave to File a Reply Brief (ECF No. 56) is **GRANTED;**

3. Temple University Defendants' Motion for Leave to File a Reply Brief (ECF No. 57) is **GRANTED;** and

4. The matter is **DISMISSED WITH PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**